IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REGINALD BROWN : CIVIL ACTION
:
v. :
:
PENNSYLVANIA BOARD OF :
PROBATION AND PAROLE : NO. 09-2486

ORDER

AND NOW, this 28th day of July, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the Report and Recommendation of the Magistrate Judge is APPROVED and ADOPTED with the aforesaid clarification;

(2) the petition for writ of habeas corpus is DISMISSED without an evidentiary hearing; and

(3) petitioner has neither shown a denial of a constitutional right nor established that reasonable jurists would disagree with this court's disposition of his claims. Consequently, a certificate of appealability is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
C.J.